HELEN ROBERTSON, Respondent, v. EARL ROBERTSON, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

DAVID C. TAYLOR, Respondent, v. IRINE K. EMBURY, Appellant.— Motions denied.

SUSAN THOMPSON, Appellant, Respondent, v. FORT MILLER PULP AND PAPER COMPANY, Appellant, Respondent.— Motion denied.

LOUISE P. TRUEBIG and WILHELMINA P. GOEBEL, Respondents, v. GEORGE C. GOEBEL and Others. GEORGE C. GOEBEL, Appellant.— Motion denied. Van Kirk, J., not sitting.

THOMAS WATTS v. MAXWELL BURTIS.— Motion granted by default.

MIKE MAYERSAK, Appellant, v. MERRILL H. CLEVELAND, Respondent.— Motion granted, with ten dollars costs.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MEYER LEDERSON, Respondent, for Himself, for Injuries Sustained, under the Workmen's Compensation Law, v. CASSIDY & DORFMAN, Employer, and ROYAL INDEMNITY COMPANY, Insurer, Appellants.— Decision amended so as to read as follows: Award reversed, and matter remitted to the Commission for its further consideration. Opinion by John M. Kellogg, P. J. All concur, except Kiley, J., dissenting, with a memorandum. [Reported in 195 App. Div. 613.]

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of GRACE DELSO and Others, Respondents, for Compensation under the Workmen's Compensation Law, v. CRUCIBLE STEEL COMPANY OF AMERICA, Employer and Self-Insurer, Appellant.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of PETER NERONSKY, Respondent, for Compensation under the Workmen's Compensation Law, v. COLUMBIAN ROPE COMPANY, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.